IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
02/24/2014

| | | |
|---|---|---|
| In re: | ) | Case No. 13-70547-M-11 |
| | ) | |
| LILIA MURRAY, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

44

ORDER ON
APPLICATION TO EMPLOY REAL ESTATE BROKER

The Court, having considered the Application to Employ Real Estate Broker Rachel Hardison – McAllen Realty and its agents, ("McAllen Realty"), pursuant to 11 U.S.C. 328(a) filed by Lilia Murray ("Movant"), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that McAllen Realty represents no adverse interests to the estate in the matters upon which they are to be engaged and are disinterested persons within the definition of 11 U.S.C. section 101(14); and that the application should be approved. Accordingly, it is therefore,

ORDERED THAT:

1. The proposed fee agreement attached as Exhibit A, to this Order, is approved pursuant to 11 USC section 328(a).

2. The Firm is employed as a broker and as Debtor in Possession's real estate agent to market the Premises at 2345 East Highway 281 Hidalgo, Texas and to locate prospective lessees as set forth on Exhibit A.

3. All applications for compensation shall be filed with the Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

SIGNED on  February 24, 2014

United States Bankruptcy Judge

ORDER SUBMITTED AND REQUESTED BY:

*s/ Antonio Martinez, Jr.*
Antonio Martinez, Jr.
State Bar No. 24007607
Law Office of Antonio Martinez, Jr., P.C.
409 W. Nolana Ave. Suite 4
McAllen, Texas 78504
Phone:     (956) 683-1090
Facsimile: (956) 683-8555
Email: martinez.tony.jr@gmail.com
*Attorney in Charge For Debtor*